Jacob B. Bach, Esq. (SBN 241947)
**ACI LAW GROUP, PC**
6 Centerpointe Drive, Ste. 630
La Palma, CA 90623
Business Phone: (714) 522-3300
Facsimile: (714) 522-3700
Email: jacob@acilawgroup.com

Attorneys for Plaintiff,
HERA PRINT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERA PRINT, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN US SERVICES, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF HERA PRINT, INC.'S COMPLAINT FOR COPYRIGHT INFRINGMENT**<br><br>**Jury Trial Demanded** |

Plaintiff HERA PRINT, INC. ("Plaintiff" or "HERA PRINT"), by and though its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

**INTRODUCTION**

Plaintiff is engaged in the business of fabric printing and exclusively owns various designs for fabrics used in the making of garments or clothing. Plaintiff's business thrives on its ownership of these designs, dedicating substantial time and

resources to creating artwork that is high-quality, marketable, and visually appealing.

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. § § 1331, 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff HERA PRINT, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 5015 Pacific Blvd., Vernon, CA 90058.

5. Plaintiff is informed and believes and thereon alleges that Defendant SHEIN US SERVICES, LLC ("SHEIN") is a Delaware Limited Liability Company doing business in and with its principal address located at 777 S. Alameda Street, Los Angeles, CA 90021.

6. Plaintiff is informed and believes and thereon alleges that DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Plaintiff is informed and believes and thereon alleges that at all times

relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

**CLAIMS RELATED TO DESIGN HE- 4377**

8. Plaintiff owns an original two-dimensional artwork used for purposes of fabric printing entitled HE-4377 ("Subject Design A") (attached hereto as "**EXHIBIT 1**"), which has been registered with the United States Copyright Office, registration number Vau 1-404-671 (attached hereto as "**EXHIBIT 2**").

9. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design A to numerous parties in the fashion and apparel industries.

10. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design A, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject Design A (hereinafter "Subject Product A") (attached hereto as "**EXHIBIT 3**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under SKU sz2305271251804434.

**CLAIMS RELATED TO DESIGN HE - 4650**

11. Plaintiff owns an original two-dimensional artwork used for purposes of fabric printing entitled HE-4650 ("Subject Design B") (attached hereto as "**EXHIBIT 4**"), which has been registered with the United States Copyright

Office, registration number VA0002336135 (attached hereto as "**EXHIBIT 5**").

12. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design B to numerous parties in the fashion and apparel industries.

13. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design B, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject Design B (hereinafter "Subject Product B") (attached hereto as "**EXHIBIT 6**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under SKU sz2305049503648440.

**CLAIMS RELATED TO DESIGN HE - 5388**

14. Plaintiff owns an original two-dimensional artwork used for purposes of fabric printing entitled HE-5388 ("Subject Design C") (attached hereto as "**EXHIBIT 7**"), which has been registered with the United States Copyright Office, registration number Vau 1-425-019 (attached hereto as "**EXHIBIT 8**").

15. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design C to numerous parties in the fashion and apparel industries.

16. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design C, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject Design C (hereinafter "Subject Product C") (attached hereto as "**EXHIBIT 9**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under SKU sf2303021088187588.

**CLAIMS RELATED TO DESIGN HE - 6494**

17. Plaintiff owns original two-dimensional artwork used for purposes of fabric printing entitled HE- 6494 ("Subject Design D") (attached hereto as "**EXHIBIT 10**"). which has been registered with the United States Copyright Office, registration number VAu 1-449-277 (attached hereto as "**EXHIBIT 11**").

18. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design D to numerous parties in the fashion and apparel industries.

19. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design D, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject Design D (hereinafter "Subject Product D") (attached hereto as "**EXHIBIT 12**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under SKU sz2304104989289809.

**CLAIMS RELATED TO DESIGN HE - 7099**

20. Plaintiff owns an original two-dimensional artwork used for purposes of fabric printing entitled HE-7099 ("Subject Design E") (attached hereto as "**EXHIBIT 13**"). which has been registered with the United States Copyright Office, registration number Vau 1-462-798 (attached hereto as "**EXHIBIT 14**").

21. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design E to numerous parties in the fashion and apparel industries.

22. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design E, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject

Design E (hereinafter "Subject Product E") (attached hereto as "**EXHIBIT 15**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under SKU sf2212093388727731.

**CLAIMS RELATED TO DESIGN HE - 9529**

23. Plaintiff owns an original two-dimensional artwork used for purposes of fabric printing entitled HE-9529 ("Subject Design F") (attached hereto as "**EXHIBIT 16**"). which has been registered with the United States Copyright Office, registration number Vau001511399 (attached hereto as "**EXHIBIT 17**").

24. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design F to numerous parties in the fashion and apparel industries.

25. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design F, SHEIN US SERVICES, LLC, DOE Defendants, and each of them sold and/or distributed fabric and/or manufactured or caused to be manufactured garments featuring a design substantially similar to Subject Design F (hereinafter "Subject Product F") (attached hereto as "**EXHIBIT 18**"). without Plaintiff's authorization, including but not limited to products sold through SHEIN's platform https://us.shein.com, under the following SKU Nos.: (a) sz2404241519196613, (b) sz2404151584415525, (c) sz2405241219485953, (d) sz2405092423700932, (e) sz2404229409301310, (f) sz2405247397866837, (g) sz2403041133738273, (h) sz2404228395775675, (i) sz2405090851378340, (j) sz2404228921298538.

**FIRST CLAIM FOR RELIEF**

**(For Copyright Infringement Against Defendant)**

26. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

27. Plaintiff is informed and believes and thereon alleges that Defendants,

and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Designs.

28. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant SHEIN and each of them, and supplied garments to SHEIN, which garments infringed Subject Designs in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Designs, or were an illegal modification thereof.

29. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing and/or selling Subject Products nationwide through Defendant SHEIN's online platform.

30. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

31. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Designs in an amount to be established at trial.

32. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendant and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Designs;

b. That Plaintiff be awarded all profits of Defendant, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: June 17, 2025

ACI LAW GROUP, PC

By: Jacob B. Bach
Attorneys for Plaintiff,
HERA PRINT, INC.