**EXHIBIT 3**




