**EXHIBIT 17**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

[Help] [Search] [History] [Titles] [Start Over]

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = HE-9526
Search Results: Displaying 1 of 1 entries

[previous] [next]



*HE-9526 and 9 Other Unpublished Works.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001511399 / 2023-09-11 |
| **Application Title:** | HE-9526 and 9 Other Unpublished Works. |
| **Title:** | HE-9526 and 9 Other Unpublished Works. |
| **Copyright Claimant:** | Hera Print Inc. Address: 5015 pacific blvd, 5015 pacific blvd, Vernon, CA, 90058. |
| **Date of Creation:** | 2023 |
| **Authorship on Application:** | Hera Print Inc, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Fabric, Textile, or Wallpaper Designs. |
| **Rights and Permissions:** | Hera Print Inc, 5015 pacific blvd, Vernon, CA, 90058, United States, (310) 612-0300, heraprint2016@gmail.com |
| **Copyright Note:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |
| **Contents:** | HE-9526. |
| | HE-9527. |
| | HE-9528. |
| | HE-9529. |
| | HE-9530. |
| | HE-9531. |
| | HE-9532. |
| | HE-9533. |
| | HE-9534. |
| | HE-9535. |

**Names:** Hera Print Inc



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  Format for Print/Save |
| Enter your email address:  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page