Scott P. Shaw (SBN 223592)
SShaw@Merchantgould.com
**MERCHANT & GOULD LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (949) 330-0202

*Attorneys for Defendant*
*Shein US Services LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC., a California Corporation | Case No. 2:25cv5489 |
| Plaintiff, | **DEFENDANT SHEIN US SERVICES, LLC'S ANSWER TO COMPLAINT** |
| v. | |
| SHEIN US SERVICES, LLC, a Delaware Limited Liability Company | JURY TRIAL DEMANDED |
| Defendants. | |

Defendant Shein US Services, LLC ("SHS") ("Defendant"), by and through counsel, hereby files this Answer to Plaintiff's Complaint.

## **GENERAL DENIAL**

Except as expressly admitted in this Answer, Defendant denies all allegations set forth in the Complaint, including without limitation any allegations contained in the preamble, headings, subheadings, or footnotes of the Complaint, and specifically

deny any liability to Plaintiff. Defendant also denies that Plaintiff is entitled to the relief requested in Plaintiff's Complaint, or to any other relief. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, allegations in the Complaint to which no responsive pleading is required shall be deemed to be denied. Defendant expressly reserves the right to seek to amend and supplement its Answer as may be necessary.

## INTRODUCTION

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this un-numbered paragraph such that these allegations are denied.

## JURISDICTION AND VENUE

1.    Defendant admits that Plaintiff purports to state claims under the Copyright Act, but denies that such claims have merit. Except as expressly admitted, Defendant denies the allegations of Paragraph 1.

2.    For purposes of this action only, Defendant does not contest that this Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a) and (b).

3.    For purposes of this action only, Defendant does not contest that venue is proper in this Judicial District. Defendant denies any remaining allegations of Paragraph 3.

## PARTIES

4.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4, such that these allegations are denied.

5.    Admitted.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, such that these allegations are denied.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 7, such that they are denied.

### CLAIMS RELATED TO DESIGN HE - 4377

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8, such that these allegations are denied.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9, such that these allegations are denied.

10.     Denied.

### CLAIMS RELATED TO DESIGN HE - 4650

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11, such that these allegations are denied.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12, such that these allegations are denied.

13.     Denied.

### CLAIMS RELATED TO DESIGN HE - 5388

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14, such that these allegations are denied.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, such that these allegations are denied.

16.    Denied.

**CLAIMS RELATED TO DESIGN HE - 6494**

17.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17, such that these allegations are denied.

18.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18, such that these allegations are denied.

19.    Denied.

**CLAIMS RELATED TO DESIGN HE - 7099**

20.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 20, such that they are denied.

21.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21, such that these allegations are denied.

22.    Denied.

**CLAIMS RELATED TO DESIGN HE - 9529**

23.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23, such that these allegations are denied.

24.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24, such that these allegations are denied.

25.    Denied.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement Against Defendant)

26.    To the extent this paragraph requires an answer, Defendant responds to each allegation as set forth above.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Denied.

32.    Denied.

## PRAYER FOR RELIEF

To the extent that a response to the Prayer for Relief is required, Defendant denies that Plaintiff is entitled to the relief sought in Paragraphs (a) through (f) of the Prayer for Relief or to any relief whatsoever.

## DEFENSES AND AFFIRMATIVE DEFENSES

Without assuming the burden of proof or conceding any such issue need not be established by the Plaintiff, Defendant raises the following defenses and affirmative defenses. Defendant reserves the right to amend its answer to assert additional affirmative defenses consistent with the facts discovered in this case or as otherwise permitted by the Court.

## FIRST DEFENSE

### Invalid or Unenforceable Copyright

Plaintiff's alleged copyright is invalid and/or unenforceable.

## SECOND DEFENSE

### Innocent Intent

### [17 U.S.C. § 504(c)(2)]

Plaintiff's damages, if any, are limited because Defendant was not aware and had no reason to believe that its acts constituted an infringement of copyright.

## THIRD DEFENSE

### Fair Use

Plaintiff's claims are barred in whole or in part by the doctrine of fair use in that the accused garment designs sold by Defendant were transformative and constitute new and unique artistic expressions as compared to the original elements, if any, of the Subject Designs.

## FOURTH DEFENSE

### Statute of Limitations

Plaintiff's claims are barred in whole or in part to the extent they were brought after the expiration of the applicable statutes of limitations. *See* 17 U.S.C.A. § 507(b).

## FIFTH DEFENSE

### *De Minimis* Infringement

Plaintiff's claims are barred in whole or in part because any copying of original elements or other violations of rights which may have occurred was de minimis.

## SIXTH DEFENSE

### Lack of Substantial Similarity

Plaintiff's claims fail, in whole or in part, because the accused garment designs are not substantially similar to the Subject Designs.

## SEVENTH DEFENSE

### No Damages

Plaintiff has suffered no damage on account of any allegedly wrongful conduct by Defendant.

## EIGHTH DEFENSE

### Acts or Omissions of Third Parties

Plaintiff's claims are barred, in whole or in part, because any reproduction, distribution, or display of the allegedly infringing subject garment design was caused by the acts or omissions of other persons or entities for whose conduct Defendant is not legally responsible.

## ADDITIONAL DEFENSES

Defendant reserves the right to supplement or amend this Answer, including through the addition of further defenses, based upon the course of discovery and proceedings in this action.

## DEFENDANT'S PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment as follows:

1.     That the Court find against Plaintiff and for Defendant on all counts in Plaintiff's Complaint;

2.     That the Court find against Plaintiff and for Defendant on Defendant's Affirmative Defenses;

3.     That the Court deny Plaintiff any and all of its requested relief, including by denying any injunctive relief and any award of any monetary sums whatsoever;

4.     That Defendant is awarded their attorneys' fees and costs as allowed by law; and

5.    That Defendant is awarded such further legal and equitable relief as the Court deems proper.

## <u>DEMAND FOR JURY TRIAL</u>

Defendant hereby demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the Seventh Amendment to the U.S. Constitution.


Dated: August 18, 2025                **MERCHANT & GOULD P.C.**

                      By:    */s/Scott P. Shaw*
                              Scott P. Shaw

                              *Attorneys for Defendant*
                              *Shein US Services, LLC*